# United States District Court

**Southern** District of **Texas**

United States District Court
Southern District of Texas
FILED

FEB - 1 2007

Michael N. Milby
Clerk of Court

UNITED STATES OF AMERICA

V

Reynaldo OLGUIN Lara
a.k.a. Felipe DOMINGUEZ Savedra

Mexico
A 76 319 189 (EWA)

## CRIMINAL COMPLAINT

CASE NUMBER B-07 __95__ MJ

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about **January 31, 2007**, the defendant, an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in **Cameron** County, Texas. The said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security for reapplication for admission into the United States,

in violation of Title **8** United States Code, **Section(s)** 1326(a) and 1326(b)

I further state that I am a **United States Border Patrol Agent** and that this complaint is based on the following facts: The defendant is a citizen and national of **Mexico** who was previously deported, excluded or removed from the United States on **October 14, 2005**.

Subject was encountered by Border Patrol Agents conducting roving patrol duties near **Brownsville, Texas.**

Record checks conducted on IDENT/IAFIS/CIS revealed prior Criminal and Immigration histories on the defendant. Record checks also revealed that the defendant has not applied for permission from the proper **Authorities** to re-enter the United States.

S/ Marco A. Gamez    Senior Patrol Agent
*Signature of Complainant*

Sworn to before me and subscribed in my presence,

February 1, 2007                     at     Brownsville, Texas
*Date*                                       *City and State*

John Wm. Black    U.S. Magistrate Judge    S/
*Name and Title of Judicial Officer*         *Signature of Judicial Officer*